## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Aloys Inc.

               Plaintiff,

v.

Angel Conde

               Defendant.

Case No. _____

**JURY DEMANDED**

## COMPLAINT

Plaintiff Aloys Inc. ("Aloys" or "Plaintiff"), by and through its undersigned counsel, brings this action for copyright infringement and trademark infringement against Defendant Angel Conde ("Defendant" or "Conde") and alleges as follows:

## INTRODUCTION

1.     This is an action for copyright and trademark infringement based on Defendant's unauthorized copying of Aloys' copyright protected software, which Defendant passes off to consumers under Aloys' registered trademarks.

2.     Conde has been offering for sale and selling pirated or "cracked" unauthorized versions of Aloys' software, including on Telegram and the XDA Forum.

3.     Although the applications sold by Conde are materially different than the products sold by Aloys, Conde sells the applications under Aloys' MYTVOnline+ and MYTVOnline3 registered trademarks, leading customers to believe they are acquiring an authentic version of the application when in reality what they are getting is a "cracked" version of the application.

## PARTIES

4.      Aloys is a corporation organized and existing under the laws of South Korea, with its principal place of business at Jungwon-gu, Gyeonggi-do 6F, 4-5, Yanghyeon-ro 405beon-gil Seongnam-si Republic of Korea 13438.

5.      Upon information and belief, Conde is an individual residing in Lancaster, Pennsylvania at the following address: 525 Kensington Rd., Unit 8 Lancaster, Pennsylvania 17603.

## JURISDICTION AND VENUE

6.      This is an action for copyright infringement under 17 U.S.C. § 501, federal trademark infringement and counterfeiting under 15 U.S.C. § 1114(1) and 1125(A), and common law trademark infringement.

7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because Conde is located in the Eastern District of Pennsylvania.

8.      The Court also has diversity jurisdiction under 28 U.S.C. § 1332(a) over these claims because the parties are citizens of different states and the amount in controversy exceeds $75,000.

9.      This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1338(a) and 1338(b).

## FACTUAL ALLEGATIONS

**A.     Aloys Software and Intellectual Property**

10.     Aloys is a South Korean based multinational technology company that offers multimedia devices such as satellite and media receivers for sale worldwide.  Aloys provides multimedia devices under the brand name Formuler (accessible at the website here https://www.formuler.tv/).  The multimedia devices are used with corresponding mobile applications named MYTVOnline+ and MYTVOnline3.

11.    Aloys makes a significant investment in its proprietary software to provide its customers with an integrated streaming environment, allowing users to connect applications and devices within a single platform.  The integrity of Aloys' software applications is an important part of providing this high-quality integrated product to its customers.

12.    Aloys' software is protected by copyright and can be properly accessed by users through a private marketplace only after assenting to an end user license agreement.

13.    These applications are available for download through the Apple or Android store and are used exclusively with the streaming device that Aloys offers.

14.    Over the years, Aloys has made significant investments in its devices and in creating and developing unique software applications that run with those devices.

15.    Aloys' copyrights in the software applications arise under the laws of a nation other than the United States, namely South Korea, which is party to copyright treaties with the United States.  Under 17 U.S.C. §§ 101 and 411(a), Aloys' copyrights are considered non-United States works because they were developed and first published outside the United States. Accordingly, 17 U.S.C. § 411(a) does not require a U.S. registration as a prerequisite to filing a copyright infringement action with respect to Aloys software applications.  The Aloys software applications taken together are herein referred to as the "Aloys Copyrighted Works".

16.    Aloys' products are popular among the consuming public, and the trademarks associated with the Aloys Copyrighted Works are well recognized among consumers.  For example, the MyTVOnline +IPTV Player application has over five hundred thousand downloads on the Google Play store. Attached hereto as Exhibit 1, is a true and correct copy of the MyTVOnline+ IPTV Player Google Play store download page.

17.    To further buttress its intellectual property protection, Aloys has registered the trademarks that it uses in connection with the Aloys Copyrighted Works.  Many of these trademarks are duly and properly registered a number of trademarks with the United States Patent and Trademark Office on the Principal Register, including without limitation:

| Trademark | Status/Status Date | Full Goods/Services |
|---|---|---|
| MYTV ONLINE 2 and Design<br><br>**mytv** Online 2<br><br>RN: 7220214<br>SN: 97573881<br>Disclaimer: Online | Registered, November 14, 2023<br>Office Status: Registered | Int'l Class: 09<br>(Int'l Class: 09)<br>Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top box products; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network; Remote controls for televisions; Telecommunication machines and apparatus, namely, wireless access point devices |
| MYTV ONLINE 2 and Design<br><br>**mytv** Online 2<br><br>RN: 7492232<br>SN: 98122693<br>Disclaimer: "ONLINE" | Registered, September 3, 2024<br>Office Status: Registered | Int'l Class: 09<br>(Int'l Class: 09)<br>Downloadable computer application software for mobile phones, namely, software for streaming television channels over the internet; Downloadable computer application software for streaming television channels over the internet, namely, software for computers, mobile phones, internet protocol set top boxes, and tablet computers; Downloadable computer software for streaming television channels over the internet; Downloadable computer software for playing saved and streaming video content; Downloadable computer software for playing, viewing, and streaming audio and video files |
| MYTV ONLINE 3 and Design<br><br>**mytv** Online 3<br><br>RN: 7220044<br>SN: 97426766<br>Disclaimer: Online | Registered, November 14, 2023<br>Office Status: Registered | Int'l Class: 09<br>(Int'l Class: 09)<br>Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top box products; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network; Remote controls for televisions; Telecommunication machines and apparatus, namely, wireless access point devices |
| MYTV ONLINE 3 and Design<br><br>**mytv** Online 3<br><br>RN: 7492233 | Registered, September 3, 2024<br>Office Status: Registered | Int'l Class: 09<br>(Int'l Class: 09)<br>Downloadable computer application software for mobile phones, namely, software for streaming television channels over the internet; Downloadable computer application software for streaming television channels over the internet, namely, software for computers, mobile phones, internet protocol set top boxes, and tablet computers; |

| Trademark | Status/Status Date | Full Goods/Services |
|---|---|---|
| SN: 98122744 Disclaimer: "ONLINE" | | Downloadable computer software for streaming television channels over the internet; Downloadable computer software for playing saved and streaming video content; Downloadable computer software for playing, viewing, and streaming audio and video files |
| MYTV ONLINE+ and Design RN: 7591739 SN: 98270066 | Registered, December 3, 2024 Office Status: Registered | Int'l Class: 09 (Int'l Class: 09) Downloadable computer application software for streaming audiovisual and multimedia content over the internet, namely, software for computers, mobile phones, internet protocol set top boxes, televisions, gaming consoles, and tablet computers; Downloadable computer application software for mobile phones, namely, software for streaming audiovisual and multimedia content over the internet; Downloadable mobile applications for playing, viewing, and streaming audio and video files; Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top boxes; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network |
| MYTVONLINE and Design RN: 7220213 SN: 97573859 | Registered, November 14, 2023 Office Status: Registered | Int'l Class: 09 (Int'l Class: 09) Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top box products; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network; Remote controls for televisions; Telecommunication machines and apparatus, namely, wireless access point devices |

True and correct copies of the Trademark Registrations above are attached hereto as Exhibit 2.

18.     The trademark registrations above along with the common law trademark rights associated therewith are collectively referred to herein as the "MYTVONLINE Marks".

**B. Defendant's Infringing Conduct**

19.     Defendant is unjustly profiting by making unauthorized copies of the Aloys Copyrighted Works, repackaging the software and selling it using the identical MYTVONLINE Marks.

20.     Conde is unfairly benefiting by copying and modifying software that Aloys spent significant time and effort developing and perfecting while simultaneously benefitting from the goodwill that Aloys has built in the MYTVONLINE Marks over the last several years.

21.     On information and belief, Defendant advertises, markets, copies, offers, and/or distributes purported Aloys software and components on online forums. Defendant holds himself out as distributing genuine Aloys software on those forums, however, the Aloys software and components distributed by Defendant are actually unauthorized and infringing.

22.     By letter dated July 8, 2025, Aloys put Defendant on notice that he was distributing unauthorized copies of Aloys software and to cease and desist all infringing activity.

23.     Conde responded via email on or around July 14, 2025, stating, "I agree to Completely stop all mentioned in Letter" and "I have Not sold or Distributed any APKs although some have asked."

24.     Conde's statement that he had never sold or distributed pirated versions of the software was inaccurate, in light of the investigation conducted by Aloys.

25.     Aloys followed up via letter on August 18, 2025 requesting that Conde provide an undertaking in which he agreed not to infringe Aloys' intellectual property in the future.

26.     As of the date of filing this action, Conde has not responded to any further communications from Aloys, despite numerous follows-ups.

27.     Upon information and belief, Conde may still be engaging in the infringing actions.

28.     On information and belief, Defendant has committed and may be continuing to commit acts of copyright and trademark infringement against Aloys.

29.     On information and belief, at a minimum, Defendant was willfully blind and acted in reckless disregard of Aloys' copyrights and trademarks.

30.     On information and belief, Aloys has been harmed by Defendant's activities, including its unauthorized use of the Aloys Copyrighted Works, and the unauthorized use of the MYTVONLINE Marks to describe the unauthorized applications that Defendant is distributing.

31.     Aloys cannot stand by and allow itself and consumers to be confused and harmed by Conde's actions.  Aloys brings this lawsuit to protect its valuable copyrighted software, hard-earned reputation, goodwill in its trademarks, and to protect consumers from confusion or harm that comes from use of an unauthorized application.

## COUNT I

### Copyright Infringement- 17 U.S.C. § 501 *et seq*.

32.     Aloys hereby incorporates by reference and re-alleges the allegations in the foregoing paragraphs as if fully set forth herein.

33.     Aloys is the sole owner of the Aloys Copyrighted Works.

34.     Defendant has infringed the Aloys' Copyrighted Works by reproducing and/or distributing Aloys' software without approval or authorization from Aloys.

35.     At a minimum, Defendant acted with willful blindness to, or in reckless disregard of Aloys' rights in the Aloys Copyrighted Works.

36.     As a result of Defendant's wrongful conduct, Aloys is entitled to recover its actual damages and Defendant's profits attributable to the infringement.

37.     Aloys has no adequate remedy at law for Defendant's wrongful conduct because, among other things: (a) Defendant's infringement harms Aloys such that Aloys could not be made whole by any monetary award; and (b) Defendant's wrongful conduct, and the resulting damage to Aloys, is continuing.

## COUNT II

### Trademark Infringement- 15 U.S.C. § 1114

38.    Aloys hereby incorporates by reference and re-alleges the allegations in the foregoing paragraphs as if fully set forth herein.

39.    Because of Aloys' long, continuous, and exclusive use of its trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify, software programs and related components or services of Aloys.

40.    Defendant's actions, as described above, including its use of the MYTVONLINE Marks constitute use in commerce of a word, term, name, symbol, or device, or combination thereof, and a false designation of origin that is likely to cause confusion or mistake in the public mind or to deceive the public, as to the origin, sponsorship, or approval of Aloys, its goods services, and/or its commercial activities by or with Conde, and therefore constitute trademark infringement, false designation of origin, passing off, and unfair competition in violation of 15 U.S.C. § 1114.

41.    Defendant had actual or constructive knowledge of Aloys' ownership of the MYTVONLINE Marks, and Conde is committing the foregoing acts with full knowledge that it is infringing upon Aloys' rights.  As a result, Conde's activities described above have, at all times, been willful and/or knowing.

42.    As a result of Defendant's wrongful conduct, Aloys is entitled to recover its actual damages and Defendant's profits attributable to the infringement.

43.    As a direct and proximate result of Conde's actions described above, Aloys has been damaged and will continue to be damaged if not enjoined.

44.    Conde's actions complained of herein have caused and, unless enjoined by this Court, are likely to continue to cause Aloys to suffer irreparable harm for which there is no adequate remedy at law.

## COUNT III

### Trademark counterfeiting- 15 U.S.C. § 1114(1)

45.     Aloys hereby incorporates by reference and re-alleges the allegations in the foregoing paragraphs as if fully set forth herein.

46.     Without Aloys consent, Defendant used and, upon information and belief continues to use in commerce, reproductions, substantially indistinguishable variations, counterfeits, copies, and colorable imitations of Aloys' registered MYTVONLINE Marks in connection with the offering, distribution, sale and/or advertising of goods, which is likely to cause confusion, mistake, or to deceive, in violation of the Lanham Act, 15 U.S.C. § 1114(1).

47.     Defendant's activities described above have, at all times, been willful and/or knowing.

48.     As a result of Defendant's wrongful conduct, Aloys is entitled to recover its actual damages and Defendant's profits attributable to the infringement. Alternatively, Aloys is entitled to statutory damages.

49.     As a direct and proximate result of Conde's actions described above, Aloys has been damaged and will continue to be damaged if not enjoined.

50.     Conde's actions complained of herein have caused and, unless enjoined by this Court, are likely to continue to cause Aloys to suffer irreparable harm for which there is no adequate remedy at law.

## COUNT IV

### Trademark infringement, False Designation of Origin, and Unfair Competition - 15 U.S.C. § 1125(A)

51.     Aloys hereby incorporates by reference and re-alleges the allegations in the foregoing paragraphs as if fully set forth herein.

52.     Defendant's actions, as described above, including its use of the MYTVONLINE Marks constitutes use of in commerce of a word, term, name, symbol, or device, or combination thereof, and a false designation of origin that is likely to cause confusion or mistake in the public

mind or to deceive the public, as to the origin, sponsorship, or approval of Defendant, its products, and/or or commercial activities by or with Aloys, and therefore constitute trademark infringement, false designation of origin, passing off, and unfair competition in violation of 15 U.S.C. § 1125(a).

53.    As a result of Defendant's wrongful conduct, Aloys is entitled to recover its actual damages and Defendant's profits attributable to the infringement.

54.    As a direct and proximate result of Conde's actions described above, Aloys has been damaged and will continue to be damaged if not enjoined.

55.    Conde's actions complained of herein have caused and, unless enjoined by this Court, are likely to continue to cause Aloys to suffer irreparable harm for which there is no adequate remedy at law.

## COUNT V

## Trademark infringement under Pennsylvania Common Law

56.    Aloys hereby incorporates by references and re-alleges the allegations in the foregoing paragraphs as if fully set forth herein.

57.    Aloys owns all rights, title, and interest in and to the MYTVONLINE Marks.

58.    The MYTVONLINE Marks are distinctive and Aloys has built up valuable goodwill in its MYTVONLINE Marks.  Through its prior and continuous use of its marks in commerce, Aloys has been identified in the public mind as the source of the products to which the MYTVONLINE Marks are applied.

59.    Through its prior and continuous use of its marks in commerce, Aloys enjoys exclusive common law rights in the MYTVONLINE Marks.

60.    Defendant's use of the MYTVONLINE Marks is without permission, license or other authorization from Aloys.

61.    Defendant's use of the MYTVONLINE Marks infringes Aloys' rights therein and is likely to cause confusion, to cause mistake and/or to deceive consumers as to the source,

sponsorship and origin of the unauthorized versions of the software applications in violation of Aloys' common law trademark rights.

62.    Defendant's infringing acts have been and continue to be intentional, willful, and in bad faith.

63.    Aloys has been and is likely to be damaged by Defendant's infringing and unlawful acts.

64.    As a result of Defendant's wrongful conduct, Aloys is entitled to recover its actual damages and Defendant's profits attributable to the infringement.

65.    Defendant's acts have caused and, unless enjoined by this Court, are likely to continue to cause Aloys to suffer irreparable harm to its business, reputation, and goodwill.

66.    Aloys has no adequate remedy at law and is entitled to, and does, seek injunctive relief as a result of Defendant's acts.

## JURY DEMAND

Aloys respectfully demands a trial by jury on all issues properly triable by a jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, Aloys prays for judgment against Defendant as follows:

1) That Defendant and anyone acting in active concert with or in participation with him, be preliminarily and permanently enjoined from:

   a. Further unauthorized reproduction of the Aloys Copyrighted Works and any other software or materials created by Aloys or preparation of derivative works based on the Aloys Copyrighted Works;

   b. Selling, offering for sale, distributing, or advertising any copies of software under the MYTVONLINE Marks, or any marks substantially indistinguishable therefrom, which are likely to cause confusion or to cause mistake or to deceive persons into the erroneous belief that any software applications that Defendant caused to enter the

stream of commerce or any of Conde's commercial activities are sponsored or licensed or approved by Aloys, or are connected or affiliated in some with Aloys or the MYTVONLINE Marks;

c.  Implying Aloys' approval, endorsement, or sponsorship of, or affiliation or connection with, Defendant's products, services, or commercial activities, passing off Defendant's unauthorized copies as that of Aloys, or engaging in any act or series of acts which, either alone or in combination, constitutes unfair methods of competition with Aloys and from otherwise interfering with or injuring the MYTVONLINE Marks or the goodwill associated therewith; or

d.  Representing or implying that Defendant is in any way sponsored by, currently affiliated with, or licensed by Aloys.

2)  That the Defendant be directed to file with the Court and serve upon Aloys, within 30 days after entry of final judgment, a report in writing and under oath setting forth in detail the manner and form by which Defendant has complied with the provisions set forth in Paragraph 1 of this Prayer for Relief.

3)  That Aloys be awarded its actual damages and any profits earned by Defendant from the sale of the unauthorized software applications based on Aloys Copyrighted Works.

4)  That Aloys be awarded compensatory and actual damages in an amount as yet undetermined caused by the foregoing infringement of the MYTVONLINE Marks;

5)  That Defendant account to Aloys for any and all profits earned as a result of Defendant's acts in violation of the MYTVONLINE Marks, including disgorgement of any and all wrongfully obtained profits;

6)  That Aloys be awarded three times the amount of compensatory damages and increased profits for Defendant's infringement of the MYTVONLINE Marks pursuant to 15 U.S.C. § 1117;

7)  That Aloys be awarded statutory damages pursuant to 15 U.S.C. § 1117(c);

8)  That Aloys be awarded punitive and exemplary damages;

9) That the Court declare that Defendant Angel Conde has willfully (A) committed copyright infringement (B) infringed the MYTVONLINE Marks in violation of 15 U.S.C. § 1114, (C) used false designations of origin in violation of 15 U.S.C. § 1125(a), and (D) violated Aloys' common law rights in the MYTVONLINE Marks.

10) That Aloys be awarded pre-judgment and post-judgment interest on all damages awarded by the Court.

11) That Aloys be entitled to recover its reasonable attorneys' fees and costs of suit.

12) That Aloys be awarded any and all such other and further relief as this Court shall deem just and proper.


Dated:  February 3, 2026                    **DLA PIPER LLP (US)**

                                            By: */s/ J. Kevin Fee*

                                            J. Kevin Fee (PA Bar No. 81715)
                                            500 Eighth Street
                                            Washington, DC 20004
                                            Tel. 202.799.4441
                                            kevin.fee@us.dlapiper.com


                                            Gina Durham (*pro hac vice* forthcoming)
                                            Jordan Chisek (*pro hac vice* forthcoming)
                                            555 Mission St. Suite 2400
                                            San Francisco, CA 94105
                                            Tel.415.836.2506
                                            Tel. 415.836.2549
                                            Gina.Durham@us.dlapiper.com
                                            Jordan.chisek@us.dlapiper.com

                                            *Counsel for Aloys Inc.*

# EXHIBIT 1

Exhibit 1



# EXHIBIT 2

Exhibit 2

**Generated on:** This page was generated by TSDR on 2026-02-03 17:07:34 EST

**Mark:** MYTV ONLINE 2



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97573881 | **Application Filing Date:** | Aug. 31, 2022 |
| **US Registration Number:** | 7220214 | **Registration Date:** | Nov. 14, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 14, 2023

**Publication Date:** Apr. 25, 2023 **Notice of Allowance Date:** Jun. 20, 2023

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MYTV ONLINE 2 |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the stylized wording "mytv" over the stylized wording "Online 2" where the wording "Online 2" is in an oval. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | Online |
| **Design Search Code(s):** | 26.11.26 - Oblongs as carriers for words, letters or designs |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top box products; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network; Remote controls for televisions; Telecommunication machines and apparatus, namely, wireless access point devices

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Feb. 01, 2019 | **Use in Commerce:** | Feb. 01, 2019 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** Yes | |
| **Filed ITU:** Yes | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** ALOYS INC.

**Owner Address:** 6F, 4-5, Yanghyeon-ro 405beon-gil
Jungwon-gu (Gyeonggi-do)
Seongnam-si KOREA, REPUBLIC OF 13438

**Legal Entity Type:** CORPORATION

**State or Country
Where Organized:** KOREA, REPUBLIC OF

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Michael J Park

**Docket Number:** 2985.29

**Attorney Primary
Email Address:** trademark@parklaw.com

**Attorney Email
Authorized:** Yes

### Correspondent

**Correspondent
Name/Address:** Michael J Park
PARK LAW FIRM
3255 WILSHIRE BLVD. SUITE 1602
LOS ANGELES, CALIFORNIA UNITED STATES 90010

**Phone:** 213-389-3777

**Fax:** 213-408-0204

**Correspondent e-
mail:** trademark@parklaw.com

**Correspondent e-
mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 14, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Nov. 14, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 13, 2023 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 12, 2023 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 07, 2023 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 17, 2023 | USE AMENDMENT FILED | |
| Aug. 02, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jul. 17, 2023 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 20, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 25, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 25, 2023 | PUBLISHED FOR OPPOSITION | |
| Apr. 05, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 21, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 21, 2023 | EXAMINER'S AMENDMENT ENTERED | |
| Mar. 21, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Mar. 21, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Mar. 21, 2023 | EXAMINERS AMENDMENT -WRITTEN | |
| Mar. 11, 2023 | ASSIGNED TO EXAMINER | |
| Sep. 21, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 20, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 03, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Oct. 12, 2023

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,220,214**

**Registered Nov. 14, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

ALOYS INC.  (KOREA, REPUBLIC OF CORPORATION)
6F, 4-5, Yanghyeon-ro 405beon-gil
Jungwon-gu (Gyeonggi-do)
Seongnam-si, REPUBLIC OF KOREA 13438

CLASS 9: Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top box products; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network; Remote controls for televisions; Telecommunication machines and apparatus, namely, wireless access point devices

FIRST USE 2-1-2019; IN COMMERCE 2-1-2019

The mark consists of the stylized wording "mytv" over the stylized wording "Online 2" where the wording "Online 2" is in an oval.

No claim is made to the exclusive right to use the following apart from the mark as shown: Online

SER. NO. 97-573,881, FILED 08-31-2022

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- **First Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- **Second Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-02-03 17:01:08 EST

**Mark:** MYTVONLINE



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97573859 | **Application Filing Date:** | Aug. 31, 2022 |
| **US Registration Number:** | 7220213 | **Registration Date:** | Nov. 14, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 14, 2023

**Publication Date:** Apr. 25, 2023 **Notice of Allowance Date:** Jun. 20, 2023

# Mark Information

**Mark Literal Elements:** MYTVONLINE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a stylized heart, with a square above the upper right portion of the heart, next to the stylized wording "MYTVONLINE".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 02.11.01 - Hearts; Hearts excluding hearts as carriers or depicted on playing cards
26.09.21 - Squares that are completely or partially shaded

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top box products; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network; Remote controls for televisions; Telecommunication machines and apparatus, namely, wireless access point devices

**International Class(es):** 009 - Primary Class        **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jan. 01, 2018        **Use in Commerce:** Jan. 01, 2018

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** ALOYS INC.

**Owner Address:** 6F, 4-5, Yanghyeon-ro 405beon-gil
Jungwon-gu (Gyeonggi-do)
Seongnam-si KOREA, REPUBLIC OF 13438

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** KOREA, REPUBLIC OF

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Michael J Park      **Docket Number:** 2985.28

**Attorney Primary Email Address:** trademark@parklaw.com      **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Michael J Park
PARK LAW FIRM
3255 WILSHIRE BLVD. SUITE 1602
LOS ANGELES, CALIFORNIA UNITED STATES 90010

**Phone:** 213-389-3777      **Fax:** 213-408-0204

**Correspondent e-mail:** trademark@parklaw.com      **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 14, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Nov. 14, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 13, 2023 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 12, 2023 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 07, 2023 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 17, 2023 | USE AMENDMENT FILED | |
| Aug. 02, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jul. 17, 2023 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 20, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 25, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 25, 2023 | PUBLISHED FOR OPPOSITION | |
| Apr. 05, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 20, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 11, 2023 | ASSIGNED TO EXAMINER | |
| Sep. 21, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 20, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 03, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION      **Date in Location:** Oct. 12, 2023

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,220,213**

**Registered Nov. 14, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

ALOYS INC.  (KOREA, REPUBLIC OF CORPORATION)
6F, 4-5, Yanghyeon-ro 405beon-gil
Jungwon-gu (Gyeonggi-do)
Seongnam-si, REPUBLIC OF KOREA 13438

CLASS 9: Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top box products; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network; Remote controls for televisions; Telecommunication machines and apparatus, namely, wireless access point devices

FIRST USE 1-1-2018; IN COMMERCE 1-1-2018

The mark consists of a stylized heart, with a square above the upper right portion of the heart, next to the stylized wording "MYTVONLINE".

SER. NO. 97-573,859, FILED 08-31-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Generated on: This page was generated by TSDR on 2026-02-03 16:59:45 EST

Mark: MYTV ONLINE+



| | | | |
|---|---|---|---|
| **US Serial Number:** | 98270066 | **Application Filing Date:** | Nov. 14, 2023 |
| **US Registration Number:** | 7591739 | **Registration Date:** | Dec. 03, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |



**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Dec. 03, 2024

**Publication Date:** Jun. 18, 2024 **Notice of Allowance Date:** Aug. 13, 2024

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MYTV ONLINE+ |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the word "mytv" written in block letters with the word "Online+" written in an elongated circle shape, wherein the elongated circle shape with the word "Online+" is located below the letters "tv" of "mytv". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 24.17.06 - Plus symbol (+)<br>26.11.26 - Oblongs as carriers for words, letters or designs |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for streaming audiovisual and multimedia content over the internet, namely, software for computers, mobile phones, internet protocol set top boxes, televisions, gaming consoles, and tablet computers; Downloadable computer application software for mobile phones, namely, software for streaming audiovisual and multimedia content over the internet; Downloadable mobile applications for playing, viewing, and streaming audio and video files; Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top boxes; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Nov. 13, 2023 | **Use in Commerce:** | Nov. 13, 2023 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** ALOYS INC.

**Owner Address:** Jungwon-gu, Gyeonggi-do
6F, 4-5, Yanghyeon-ro 405beon-gil
Seongnam-si KOREA, REPUBLIC OF 13438

**Legal Entity Type:** Co., LTD.      **State or Country Where Organized:** KOREA, REPUBLIC OF

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** John K Park      **Docket Number:** 2985.117

**Attorney Primary Email Address:** trademark@parklaw.com      **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** John K Park
PARK LAW FIRM
3255 WILSHIRE BLVD., SUITE 1602
LOS ANGELES, CALIFORNIA United States 90010

**Phone:** 213-389-3777      **Fax:** 213-408-0204

**Correspondent e-mail:** trademark@parklaw.com      **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 03, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Dec. 03, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 11, 2024 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Nov. 11, 2024 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 01, 2024 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 30, 2024 | USE AMENDMENT FILED | |
| Nov. 01, 2024 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 20000 |
| Aug. 30, 2024 | TEAS STATEMENT OF USE RECEIVED | |
| Aug. 13, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 18, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 18, 2024 | PUBLISHED FOR OPPOSITION | |
| May 29, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 13, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 10, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 10, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 10, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 10, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| May 10, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 10, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 10, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 16, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 16, 2024 | NON-FINAL ACTION E-MAILED | |
| Apr. 16, 2024 | NON-FINAL ACTION WRITTEN | |
| Apr. 08, 2024 | ASSIGNED TO EXAMINER | |
| Dec. 20, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |

| | |
|---|---|
| Dec. 19, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Nov. 17, 2023 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Nov. 11, 2024

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,591,739**

**Registered Dec. 03, 2024**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

ALOYS INC.  (REPUBLIC OF KOREA Co., LTD.)
Jungwon-gu, Gyeonggi-do
6F, 4-5, Yanghyeon-ro 405beon-gil
Seongnam-si, REPUBLIC OF KOREA 13438

CLASS 9: Downloadable computer application software for streaming audiovisual and multimedia content over the internet, namely, software for computers, mobile phones, internet protocol set top boxes, televisions, gaming consoles, and tablet computers; Downloadable computer application software for mobile phones, namely, software for streaming audiovisual and multimedia content over the internet; Downloadable mobile applications for playing, viewing, and streaming audio and video files; Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; Digital multimedia players; Digital Set top boxes; PVR (Personal Video Recorder); Digital Satellite, Cable, Terrestrial, IP (internet protocol), and hybrid set top boxes; Recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network

FIRST USE 11-13-2023; IN COMMERCE 11-13-2023

The mark consists of the word "mytv" written in block letters with the word "Online+" written in an elongated circle shape, wherein the elongated circle shape with the word "Online+" is located below the letters "tv" of "mytv".

SER. NO. 98-270,066, FILED 11-14-2023

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- **First Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- **Second Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-02-03 16:58:48 EST

**Mark:** MYTV ONLINE 3



| | | | |
|---|---|---|---|
| **US Serial Number:** | 98122744 | **Application Filing Date:** | Aug. 08, 2023 |
| **US Registration Number:** | 7492233 | **Registration Date:** | Sep. 03, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 03, 2024

**Publication Date:** Jun. 18, 2024

## Mark Information

**Mark Literal Elements:** MYTV ONLINE 3

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of wording "mytv" above the wording "Online 3" all in stylized font. The wording "mytv" is in a rectangle comprised of a line and the wording "Online." The number 3 is inside a smaller rectangular shape at the bottom right of the mark.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "ONLINE"

**Design Search Code(s):** 26.11.02 - Plain single line rectangles; Rectangles (single line)
26.11.13 - Rectangles (exactly two rectangles); Two rectangles
26.11.21 - Rectangles that are completely or partially shaded

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, namely, software for streaming television channels over the internet; Downloadable computer application software for streaming television channels over the internet, namely, software for computers, mobile phones, internet protocol set top boxes, and tablet computers; Downloadable computer software for streaming television channels over the internet; Downloadable computer software for playing saved and streaming video content; Downloadable computer software for playing, viewing, and streaming audio and video files

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Oct. 2022

**Use in Commerce:** Oct. 2022

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |

| | | | |
|---|---|---|---|
| **Filed 44D:** No | | **Currently 44D:** No |
| **Filed 44E:** No | | **Currently 44E:** No |
| **Filed 66A:** No | | **Currently 66A:** No |
| **Filed No Basis:** No | | **Currently No Basis:** No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ALOYS INC. |
| **Owner Address:** | Jungwon-gu (Gyeonggi-do)<br>6F, 4-5, Yanghyeon-ro 405beon-gil<br>Seongnam-si KOREA, REPUBLIC OF 13438 |
| **Legal Entity Type:** | CORPORATION |

| | |
|---|---|
| **State or Country Where Organized:** | KOREA, REPUBLIC OF |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | John K Park | **Docket Number:** | 2985.114 |
| **Attorney Primary Email Address:** | trademark@parklaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Michael J Park<br>PARK LAW FIRM<br>3255 WILSHIRE BLVD. SUITE 1602<br>LOS ANGELES, CALIFORNIA United States 90010 |

| | | | |
|---|---|---|---|
| **Phone:** | 213-389-3777 | **Fax:** | 213-408-0204 |
| **Correspondent e-mail:** | trademark@parklaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 03, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Sep. 03, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 18, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 18, 2024 | PUBLISHED FOR OPPOSITION | |
| May 29, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 13, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 10, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 10, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 10, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 10, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| May 10, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 10, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 10, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 16, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 16, 2024 | NON-FINAL ACTION E-MAILED | |
| Apr. 16, 2024 | NON-FINAL ACTION WRITTEN | |
| Apr. 08, 2024 | ASSIGNED TO EXAMINER | |
| Sep. 09, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 08, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 11, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA)          **Date in Location:** Sep. 03, 2024

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,492,233**

**Registered Sep. 03, 2024**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

ALOYS INC.  (REPUBLIC OF KOREA CORPORATION)
Jungwon-gu (Gyeonggi-do)
6F, 4-5, Yanghyeon-ro 405beon-gil
Seongnam-si, REPUBLIC OF KOREA 13438

CLASS 9: Downloadable computer application software for mobile phones, namely, software for streaming television channels over the internet; Downloadable computer application software for streaming television channels over the internet, namely, software for computers, mobile phones, internet protocol set top boxes, and tablet computers; Downloadable computer software for streaming television channels over the internet; Downloadable computer software for playing saved and streaming video content; Downloadable computer software for playing, viewing, and streaming audio and video files

FIRST USE 10-00-2022; IN COMMERCE 10-00-2022

The mark consists of wording "mytv" above the wording "Online 3" all in stylized font. The wording "mytv" is in a rectangle comprised of a line and the wording "Online." The number 3 is inside a smaller rectangular shape at the bottom right of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: "ONLINE"

SER. NO. 98-122,744, FILED 08-08-2023

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-02-03 16:58:08 EST

**Mark:** MYTV ONLINE 3



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97426766 | **Application Filing Date:** | May 24, 2022 |
| **US Registration Number:** | 7220044 | **Registration Date:** | Nov. 14, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 14, 2023

**Publication Date:** Apr. 25, 2023 **Notice of Allowance Date:** Jun. 20, 2023

## Mark Information

**Mark Literal Elements:** MYTV ONLINE 3

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the wording "mytv" above the wording "Online 3" all in stylized font. The wording "mytv" is in a rectangle comprised of a line and the wording "Online." The number 3 is inside a smaller rectangular shape at the bottom right of the mark.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** Online

**Design Search Code(s):** 26.11.02 - Plain single line rectangles; Rectangles (single line)
26.11.13 - Rectangles (exactly two rectangles); Two rectangles
26.11.21 - Rectangles that are completely or partially shaded

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; digital multimedia players; digital set top boxes; PVR (personal video recorder); digital satellite, cable, terrestrial, IP (internet protocol), and hybrid set top box products; recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network; remote controls for televisions; telecommunication machines and apparatus, namely, wireless access point devices

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Oct. 01, 2022     **Use in Commerce:** Oct. 01, 2022

## Basis Information (Case Level)

**Filed Use:** No     **Currently Use:** Yes

**Filed ITU:** Yes     **Currently ITU:** No

|  |  |  |  |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ALOYS INC. |
| **Owner Address:** | Jungwon-gu (Gyeonggi-do)<br>6F, 4-5, Yanghyeon-ro 405beon-gil<br>Seongnam-si KOREA, REPUBLIC OF 13438 |
| **Legal Entity Type:** | CORPORATION |

| | |
|---|---|
| **State or Country**<br>**Where Organized:** | KOREA, REPUBLIC OF |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Michael J Park | **Docket Number:** | 2985.27 |
| **Attorney Primary**<br>**Email Address:** | trademark@parklaw.com | **Attorney Email**<br>**Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent**<br>**Name/Address:** | Michael J Park<br>PARK LAW FIRM<br>3255 WILSHIRE BLVD. SUITE 1602<br>LOS ANGELES, CALIFORNIA UNITED STATES 90010 |

| | | | |
|---|---|---|---|
| **Phone:** | 213-389-3777 | **Fax:** | 2134080204 |
| **Correspondent e-**<br>**mail:** | trademark@parklaw.com | **Correspondent e-**<br>**mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding<br>Number |
|---|---|---|
| Nov. 14, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Nov. 14, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 13, 2023 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 12, 2023 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 04, 2023 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 17, 2023 | USE AMENDMENT FILED | |
| Aug. 02, 2023 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jul. 17, 2023 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 20, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 25, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 25, 2023 | PUBLISHED FOR OPPOSITION | |
| Apr. 05, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 21, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 21, 2023 | EXAMINER'S AMENDMENT ENTERED | |
| Mar. 21, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Mar. 21, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Mar. 21, 2023 | EXAMINERS AMENDMENT -WRITTEN | |
| Mar. 11, 2023 | ASSIGNED TO EXAMINER | |
| Jun. 01, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 31, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 27, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  PUBLICATION AND ISSUE SECTION          **Date in Location:**  Oct. 12, 2023

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,220,044**

**Registered Nov. 14, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

ALOYS INC.  (KOREA, REPUBLIC OF CORPORATION)
Jungwon-gu (Gyeonggi-do)
6F, 4-5, Yanghyeon-ro 405beon-gil
Seongnam-si, REPUBLIC OF KOREA 13438

CLASS 9: Digital set-top boxes for IPTV (internet protocol television); OTT (over-the-top) devices in the nature of set-top boxes; digital multimedia players; digital set top boxes; PVR (personal video recorder); digital satellite, cable, terrestrial, IP (internet protocol), and hybrid set top box products; recorded software and computer hardware for delivering television, video on demand and interactive services on any IP (internet protocol) based network; remote controls for televisions; telecommunication machines and apparatus, namely, wireless access point devices

FIRST USE 10-1-2022; IN COMMERCE 10-1-2022

The mark consists of the wording "mytv" above the wording "Online 3" all in stylized font. The wording "mytv" is in a rectangle comprised of a line and the wording "Online." The number 3 is inside a smaller rectangular shape at the bottom right of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: Online

SER. NO. 97-426,766, FILED 05-24-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-02-03 16:57:17 EST

**Mark:** MYTV ONLINE 2



| | |
|---|---|
| **US Serial Number:** 98122693 | **Application Filing Date:** Aug. 08, 2023 |
| **US Registration Number:** 7492232 | **Registration Date:** Sep. 03, 2024 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 03, 2024

**Publication Date:** Jun. 18, 2024

## Mark Information

**Mark Literal Elements:** MYTV ONLINE 2

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the stylized wording "mytv Online 2" with the wording "Online 2" in an oval below the wording "mytv".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "ONLINE"

**Design Search Code(s):** 26.03.21 - Ovals that are completely or partially shaded

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, namely, software for streaming television channels over the internet; Downloadable computer application software for streaming television channels over the internet, namely, software for computers, mobile phones, internet protocol set top boxes, and tablet computers; Downloadable computer software for streaming television channels over the internet; Downloadable computer software for playing saved and streaming video content; Downloadable computer software for playing, viewing, and streaming audio and video files

**International Class(es):** 009 - Primary Class     **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Feb. 2019     **Use in Commerce:** Feb. 2019

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ALOYS INC. |
| **Owner Address:** | Jungwon-gu (Gyeonggi-do)<br>6F, 4-5, Yanghyeon-ro 405beon-gil<br>Seongnam-si KOREA, REPUBLIC OF 13438 |
| **Legal Entity Type:** | CORPORATION |

**State or Country Where Organized:** KOREA, REPUBLIC OF

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | John K Park | **Docket Number:** | 2985.113 |
| **Attorney Primary Email Address:** | trademark@parklaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Michael J Park<br>PARK LAW FIRM<br>3255 WILSHIRE BLVD. SUITE 1602<br>LOS ANGELES, CALIFORNIA United States 90010 |
| **Phone:** 213-389-3777 | **Fax:** 213-408-0204 |
| **Correspondent e-mail:** trademark@parklaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 03, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Sep. 03, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 18, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 18, 2024 | PUBLISHED FOR OPPOSITION | |
| May 29, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 13, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 10, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 10, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 10, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 10, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| May 10, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 10, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 10, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 17, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 17, 2024 | NON-FINAL ACTION E-MAILED | |
| Apr. 17, 2024 | NON-FINAL ACTION WRITTEN | |
| Apr. 08, 2024 | ASSIGNED TO EXAMINER | |
| Sep. 09, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 08, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 11, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  FILE REPOSITORY (FRANCONIA)          **Date in Location:**  Sep. 03, 2024

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,492,232**

**Registered Sep. 03, 2024**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

ALOYS INC.  (REPUBLIC OF KOREA CORPORATION)
Jungwon-gu (Gyeonggi-do)
6F, 4-5, Yanghyeon-ro 405beon-gil
Seongnam-si, REPUBLIC OF KOREA 13438

CLASS 9: Downloadable computer application software for mobile phones, namely, software for streaming television channels over the internet; Downloadable computer application software for streaming television channels over the internet, namely, software for computers, mobile phones, internet protocol set top boxes, and tablet computers; Downloadable computer software for streaming television channels over the internet; Downloadable computer software for playing saved and streaming video content; Downloadable computer software for playing, viewing, and streaming audio and video files

FIRST USE 2-00-2019; IN COMMERCE 2-00-2019

The mark consists of the stylized wording "mytv Online 2" with the wording "Online 2" in an oval below the wording "mytv".

No claim is made to the exclusive right to use the following apart from the mark as shown: "ONLINE"

SER. NO. 98-122,693, FILED 08-08-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.