UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATLAS LINK INC., Plaintiff, | : | |
| v. | : | No. 5:26-cv-0703 |
| ANGEL CONDE, Defendant. | : | |

**O R D E R**

**AND NOW**, this 24th day of August, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion for Default Judgment, ECF No. 18, is **GRANTED in part** and **DENIED in part** as follows:

   A. Default judgment is **GRANTED** as to Count I and the trademark infringement/false association claims in Counts II, IV, and V.

   B. Default judgment is **DENIED without prejudice** as to Count III and the false designation of origin claims in Counts II, IV, and V. These claims are **DISMISSED without prejudice**.

   C. The request for damages is **DENIED without prejudice**.[1]

2. **Within thirty (30) days of the date of this Order**, Plaintiff MAY file an amended complaint as to any of the dismissed claims.[2] If Plaintiff fails to timely amend any of these claims, they will be dismissed with prejudice without further notice.

---

[1] The statutory damages requested are based on one of the dismissed claims.

[2] A "plaintiff is not required to serve an amended complaint on a party who 'is in default for failing to appear' unless the amended complaint 'asserts a new claim for relief.'" *Hanover Prest-Paving Co. v. Staten Island Bldg. Prods. Dist. Inc.*, No. 1:21-CV-01672, 2025 U.S. Dist. LEXIS 108411, at *11 n.5 (M.D. Pa. June 9, 2025) (quoting Fed. R. Civ. P. 5).

3. Regardless of whether Plaintiff elects to file an amended complaint, Plaintiff SHALL **within thirty-five (35) days of the date of this Order**, file an amended motion for default judgment.[3]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

[3] If the amended complaint does not assert a new claim against the defendant, the previously entered default remains in effect. *See Hanover Prest-Paving Co*, 2025 U.S. Dist. LEXIS 108411, at *11 n.5.