UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATLAS LINK INC., Plaintiff, | : | |
| v. | : | No. 5:26-cv-0703 |
| ANGEL CONDE, Defendant. | : | |

**<u>O R D E R</u>**

**AND NOW**, this 29th day of October, 2026, for the reasons stated in the Opinion issued this date and in the Opinion dated August 24, 2026, *see* ECF No. 23, **IT IS ORDERED THAT**: The Amended Motion for Default Judgment, ECF No. 32, is **GRANTED in part** as follows:

1. Default judgment is **GRANTED** as to all Counts.

2. Judgment is **ENTERED** in favor of Atlas Link and against Conde in the amount of $180,000 in statutory damages.

3. The request for attorney's fees is **DENIED**.

4. The request for a permanent injunction is **GRANTED** and the following permanent injunction is **ENTERED**:

Commencing as of the date of this Order, Defendant Angel Conde and all persons acting or claiming to act on his behalf or under his direction or authority, and all persons acting or claiming to act in concert or in participation with him or any of them, are permanently enjoined and restrained from: (1) infringing the MYTVONLINE Mark in any manner in the sale, distribution, or advertising of Defendant's products or services, and specifically enjoined from using Atlas Link's MYTVONLINE trademarks, or any mark that is substantially similar to the MYTVONLINE trademarks in connection with streaming

software or related services, and (2) directly or indirectly infringing Atlas Link's copyrighted works, or continuing to market, offer, sell, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Atlas Link's copyrighted works. This injunction shall apply to the fullest extent of this Court's jurisdiction.

5. Costs are **AWARDED** in the amount of $405. However, Atlas Link retains its right to request additional costs from the Clerk's Office, which may include costs in connection with enforcing this Order.

6. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*________
JOSEPH F. LEESON, JR.
United States District Judge